JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Juan Alberto Fernandez, | Case No. 8:16-CV-01387 JLS |
|---|---|
| Petitioner, | Case No. 8:14-CR-00008-2 JLS |
| v. | **JUDGMENT** |
| United States of America, | |
| Respondent. | |

IT IS ADJUDGED that the petition in this matter is dismissed, and the action is dismissed with prejudice.

The Clerk shall close the case.

Dated: November 29, 2016

_____
The Hon. Josephine L. Staton
United States District Judge