CUAUHTEMOC ORTEGA (Bar No. 257443)
Interim Federal Public Defender
BRIANNA FULLER MIRCHEFF (Bar No. 243641)
(E-Mail: Brianna_Mircheff@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4784
Facsimile: (213) 894-0081

Attorneys for Defendant
JUAN ALBERTO FERNANDEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>      v.<br><br>JUAN ALBERTO FERNANDEZ,<br><br>        Defendant. | Case No. 8:14-cr-00008-JLS<br><br>**NOTICE OF APPEARANCE PURSUANT TO GENERAL ORDER 19-11** |

PLEASE TAKE NOTICE that Deputy Federal Public Defender Brianna F. Mircheff hereby enters her appearance to represent Defendant Juan Alberto Fernandez pursuant to General Order 19-11, concerning a petition for compassionate release under 18 U.S.C. § 3582(c)(1)(A).

Please make all necessary changes to the court's Case Management/Electronic Case Filing system to accurately reflect the newly-assigned attorney to ensure that she receives all e-mails relating to filings in this case.

                                          Respectfully submitted,

                                          CUAUHTEMOC ORTEGA
                                          Interim Federal Public Defender

DATED: August 21, 2020          By  */s/ Brianna Mircheff*
                                          BRIANNA FULLER MIRCHEFF
                                          Deputy Federal Public Defender