# Exhibit B



**Federal Bureau of Prisons**

# FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** FERNANDEZ, JUAN | **Facility** FCI Phoenix | **Collected** 09/04/2019 09:55, 09/04/2019 13:22 |
| **Reg #** 66884-112 | **Order Unit** P03-177L | **Received** 09/05/2019 08:19 |
| **DOB** ▮▮▮/1983 | **Provider** Wayne Weissinger, NP | **Reported** 09/06/2019 10:47 |
| **Sex** M | | **LIS ID** 225192543 |

## CHEMISTRY

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| Sodium | | 138 | 136-146 | mmol/L |
| Potassium | H | 5.3 | 3.6-4.9 | mmol/L |
| Chloride | | 103 | 98-108 | mmol/L |
| CO2 | L | 21 | 22-29 | mmol/L |
| BUN | H | 35 | 7-24 | mg/dL |
| Creatinine | H | 3.02 | 0.60-1.20 | mg/dL |
| eGFR (IDMS) | | 24 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| Calcium | | 9.0 | 8.6-10.4 | mg/dL |
| Glucose | H | 270 | 70-110 | mg/dL |
| AST | | 20 | 10-37 | U/L |
| ALT | | 14 | 8-40 | U/L |
| Alkaline Phosphatase | | 105 | 49-126 | U/L |
| Bilirubin, Total | | 0.3 | 0.1-1.1 | mg/dL |
| Total Protein | | 7.0 | 6.3-8.3 | g/dL |
| Albumin | | 3.7 | 3.5-5.0 | g/dL |
| Globulin | | 3.3 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.12 | 1.00-2.30 | |
| Anion Gap | | 14.0 | 9.0-19.0 | |
| BUN/Creat Ratio | | 11.6 | 5.0-30.0 | |
| Phosphorus | | 3.1 | 2.5-4.5 | mg/dL |
| Magnesium | | 1.9 | 1.7-2.1 | mg/dL |

## SPECIAL CHEMISTRY

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| PSA, Total | | 0.33 | <2.00 | ng/mL |

The minimal reporting value is 0.1 ng/mL. Values >0.2 ng/mL are considered evidence of biochemical recurrence of cancer in men after prostatectomy.

## HEMATOLOGY

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| WBC | | 7.8 | 3.5-10.5 | K/uL |
| RBC | | 4.57 | 4.10-6.00 | M/uL |
| Hemoglobin | | 12.7 | 12.0-17.5 | g/dL |
| Hematocrit | L | 38.2 | 38.8-50.0 | % |
| MCV | | 83.6 | 76.0-100.0 | fL |
| MCH | | 27.8 | 27.0-33.0 | pg |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

Page 1 of 2

Exhibit B, p. 1 of 7

BOP-Fernandez000342

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FERNANDEZ, JUAN ALBERTO | | | Reg #: | 66884-112 |
| Date of Birth: | ███/1983 | Sex: M | Race: WHITE | Facility: | PHX |
| Encounter Date: | 10/03/2019 10:15 | Provider: Hatfield, Lesley PA-C | | Unit: | P03 |

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**    **Provider:** Hatfield, Lesley PA-C
**Chief Complaint:** DIABETIC
**Subjective:** Mr. Fernandez is here for his scheduled CCC F/U today.

He has DM, HTN, HLP, CKD Stage 4 with most recent Cr and eGFR checked on labs back in JUNE 2019. At that time Cr was > 3.0 / 3.01 on 6/17/19 and eGFR only 24. Updated labs show Cr 3.02 and eGFR only 24 (<30) again.

He says he has been Type 2 diabetic since about the age of 18 y/o. He is 35 now. He has been on insulin for the past 3 years or so.

He knows his medications and what they are used for and is complaint with all of them. He is metformin still with a steadily rising Cr and decreased GFR.

His Hgb A1C was 8.6 most recently on labs from 9/4/19. Before this it was 8.3 (3/19/19) and 8.8 (11/2018)

His Cr was 2.51 back in Nov. 2018 as well

**Pain:** Not Applicable

**Seen for clinic(s):** Diabetes, Endocrine/Lipid, Hypertension

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/03/2019 | 10:14 PHX | 98.0 | 36.7 | Oral | Hatfield, Lesley PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/03/2019 | 10:14 PHX | 77 | | | Hatfield, Lesley PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/03/2019 | 10:14 PHX | 16 | Hatfield, Lesley PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/03/2019 | 10:16 PHX | 143/90 | Left Arm | Sitting | Adult-large | Hatfield, Lesley PA-C |
| 10/03/2019 | 10:14 PHX | 153/94 | Left Arm | Sitting | Adult-large | Hatfield, Lesley PA-C |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 10/02/2019 | 16:50 PHX | 245 | Unknown | | Ramirez, M. EMT/P |
| 09/30/2019 | 16:47 PHX | 187 | Unknown | | Blanco, A. EMT-P |
| 09/29/2019 | 16:58 PHX | 146 | Unknown | | Blanco, A. EMT-P |

| | PATIENT INFORMATION | REPORT STATUS | **Final** |
|---|---|---|---|
| | **FERNANDEZ, JUAN** | | |
| Sonora Quest Laboratories, LLC | | ORDERING PHYSICIAN | |
| | DOB: ███/1983   Age: 36Y | **Ford, Isaiah L** | |
| | SEX: M | | |
| COLLECTED: 03/07/2020   00:00 | ID: 66884-112 | | |
| REPORTED: 03/08/2020   03:58 | | | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| CBC,CMP,LIPID,TSH,UA (Continued) | | | | |
| MCH | 27.2 | | 27.0 - 34.0 pg | |
| MCHC | 31.6 | | 31.0 - 37.0 g/dL | |
| Platelet Count | 254 | | 130 - 450 k/mm3 | |
| RDW(sd) | 43.6 | | 38.0 - 49.0 fL | |
| RDW(cv) | 13.9 | | 11.0 - 15.0 % | |
| MPV | 10.8 | | 7.5 - 14.0 fL | |
| Segmented Neutrophils | 56.3 | | % | |
| Automated Diff | | | | |
| Lymphocytes | 31.1 | | % | |
| Monocytes | 8.0 | | % | |
| Eosinophils | 3.6 | | % | |
| Basophils | 0.6 | | % | |
| Absolute Neutrophil | 4.57 | | 1.60 - 9.30 k/uL | |
| Absolute Lymphocyte | 2.52 | | 0.60 - 5.50 k/uL | |
| Absolute Monocyte | 0.65 | | 0.10 - 1.60 k/uL | |
| Absolute Eosinophil | 0.29 | | 0.00 - 0.70 k/uL | |
| Absolute Basophil | 0.05 | | 0.00 - 0.20 k/uL | |
| Immature Granulocytes | 0.4 | | % | |
| Absolute Immature Granulocytes | 0.03 | | 0.00 - 0.10 k/uL | |
| NRBC RE, Nucleated Red Blood Cell Percent | 0.0 | | 0.0 - 1.0 % | |
| **TSH, High Sensitivity** | | 5.19 H | 0.45 - 4.50 mU/L | |
| **Glucose** | | 239 H | 65 - 99 mg/dL | |
| | Glucose reference range reflects fasting state. | | | |
| **Urea Nitrogen (BUN)** | | 35 H | 8 - 25 mg/dL | |
| **Creatinine** | | 4.47 H | 0.60 - 1.50 mg/dL | |
| GFR Estimated  (Non-African American) | | 16 L | >=60 mL/min/1.73m2 | |
| GFR Estimated (African American) | | 18 L | >=60 mL/min/1.73m2 | |
| **BUN/Creatinine Ratio** | | 7.8 L | 10.0 - 28.0 | |
| Sodium | 141 | | 134 - 147 mmol/L | |
| Potassium | 4.5 | | 3.6 - 5.3 mmol/L | |
| Chloride | 108 | | 95 - 108 mmol/L | |
| **Carbon Dioxide (CO2)** | | 17 L | 19 - 31 mmol/L | |
| Anion Gap | 16 | | 4 - 18 | |
| Protein, Total | 6.2 | | 6.0 - 8.0 g/dL | |
| **Albumin** | | 3.1 L | 3.6 - 5.1 g/dL | |
| Globulin | 3.1 | | 1.9 - 3.7 g/dL | |
| Albumin/Globulin Ratio | 1.0 | | 1.0 - 2.5 | |
| **Calcium** | | 8.6 L | 8.7 - 10.4 mg/dL | |
| Alkaline Phosphatase | 128 | | 40 - 140 IU/L | |
| Alanine Aminotransferase | 16 | | 5 - 60 IU/L | |
| Aspartate Aminotransferase | 26 | | 10 - 50 IU/L | |
| Bilirubin, Total | 0.2 | | 0.2 - 1.3 mg/dL | |
| Cholesterol | 174 | | <=199 mg/dL | |
| Triglyceride | 131 | | <=149 mg/dL | |
| Cholesterol/HDL Ratio | 3.2 | | <=4.9 | |
| HDL Cholesterol | 55 | | >=40 mg/dL | |
| Non-HDL Cholesterol | 119 | | <=129 mg/dL | |
| | Note: new reference range effective 2/17/20 | | | |



# FERNANDEZ, JUAN ⚠

DOB:  
Sex: M  
Phone:  
Patient ID: 66884-112  

Age: 36Y  
Fasting:  

Specimen: 79172-A02018  
Requisition: A02018  
Lab Reference ID: A02018  
Report Status: FINAL / SEE REPORT  

Collected: 06/24/2020 12:00  
Received: 06/24/2020 23:59  
Reported: 06/25/2020 06:26  

Client #: 79172  
Unclear, Ordering Provider  
FCI Phoenix Health Services  
Attn Jennifer Reed Phx Busines  
37900 N 45th Ave  
Phoenix, AZ 85086  
Phone: (623) 465-9757  
Fax: (623) 465-5116  

Fasting: Unknown

## ⚠ CBC w/ Differential, w/ Platelet  (FINAL)   Lab: PAZ

| Analyte | Value | | |
|---|---|---|---|
| ⚠ **WBC** (6690-2) | **21.3 H** | Reference Range: 4.0 - 11.0  k/mm3 | (FINAL) |
| RBC (789-8) | 4.51 | Reference Range: 4.30 - 6.00  m/mm3 | (FINAL) |
| ⚠ **Hemoglobin** (718-7) | **12.2 L** | Reference Range: 13.0 - 18.0  g/dL | (FINAL) |
| ⚠ **Hematocrit** (4544-3) | **38.2 L** | Reference Range: 40.0 - 53.0  % | (FINAL) |
| MCV (787-2) | 84.7 | Reference Range: 78.0 - 100.0  fL | (FINAL) |
| MCH (785-6) | 27.1 | Reference Range: 27.0 - 34.0  pg | (FINAL) |
| MCHC (786-4) | 31.9 | Reference Range: 31.0 - 37.0  g/dL | (FINAL) |
| Platelet Count (777-3) | 221 | Reference Range: 130 - 450  k/mm3 | (FINAL) |
| RDW(sd) (21000-5) | 43.5 | Reference Range: 38.0 - 49.0  fL | (FINAL) |
| RDW(cv) (788-0) | 14.2 | Reference Range: 11.0 - 15.0  % | (FINAL) |
| MPV (776-5) | 11.2 | Reference Range: 7.5 - 14.0  fL | (FINAL) |
| Segmented Neutrophils (770-8)  Automated Diff | 88.3 | % | (FINAL) |
| Lymphocytes (736-9) | 5.5 | % | (FINAL) |
| Monocytes (5905-5) | 4.9 | % | (FINAL) |
| Eosinophils (713-8) | 0.0 | % | (FINAL) |
| Basophils (706-2) | 0.2 | % | (FINAL) |
| ⚠ **Absolute Neutrophil** (751-8) | **18.84 H** | Reference Range: 1.60 - 9.30  k/uL | (FINAL) |
| Absolute Lymphocyte (731-0) | 1.17 | Reference Range: 0.60 - 5.50  k/uL | (FINAL) |
| Absolute Monocyte (742-7) | 1.04 | Reference Range: 0.10 - 1.60  k/uL | (FINAL) |
| Absolute Eosinophil (711-2) | 0.00 | Reference Range: 0.00 - 0.70  k/uL | (FINAL) |
| Absolute Basophil (704-7) | 0.04 | Reference Range: 0.00 - 0.20  k/uL | (FINAL) |
| Immature Granulocytes (71695-1) | 1.1 | % | (FINAL) |
| ⚠ **Absolute Immature Granulocytes** (53115-2) | **0.24 H** | Reference Range: 0.00 - 0.10  k/uL | (FINAL) |
| NRBC RE, Nucleated Red Blood Cell Percent (772-4) | 0.0 | Reference Range: 0.0 - 1.0  % | (FINAL) |

## ⚠ Comprehensive Metabolic Panel  (FINAL)   Lab: PAZ

| Analyte | Value | | |
|---|---|---|---|
| ⚠ **Glucose** (2345-7) | **218 H** | Reference Range: 65 - 99  mg/dL | (FINAL) |

Glucose reference range reflects fasting state.

| Analyte | Value | Reference Range | Status |
|---|---|---|---|
| ⚠ **Urea Nitrogen (BUN)** (3094-0) | **47 H** | Reference Range: 8 - 25 mg/dL | FINAL |
| ⚠ **Creatinine** (2160-0) | **6.15 H** | Reference Range: 0.60 - 1.50 mg/dL | FINAL |
| ⚠ **GFR Estimated (Non-African American)** (88294-4) | **11 L** | Reference Range: >=60 mL/min/1.73m2 | FINAL |
| ⚠ **GFR Estimated (African American)** (88293-6) | **12 L** | Reference Range: >=60 mL/min/1.73m2 | FINAL |
| ⚠ **BUN/Creatinine Ratio** (3097-3) | **7.6 L** | Reference Range: 10.0 - 28.0 | FINAL |
| Sodium (2951-2) | 138 | Reference Range: 134 - 147 mmol/L | FINAL |
| Potassium (2823-3) | 4.0 | Reference Range: 3.6 - 5.3 mmol/L | FINAL |
| Chloride (2075-0) | 104 | Reference Range: 95 - 108 mmol/L | FINAL |
| Carbon Dioxide ($CO_2$) (2028-9) | 23 | Reference Range: 19 - 31 mmol/L | FINAL |
| Anion Gap (10466-1) | 11 | Reference Range: 4 - 18 | FINAL |
| ⚠ **Protein, Total** (2885-2) | **5.8 L** | Reference Range: 6.0 - 8.0 g/dL | FINAL |
| ⚠ **Albumin** (1751-7) | **3.1 L** | Reference Range: 3.6 - 5.1 g/dL | FINAL |
| Globulin (2336-6) | 2.7 | Reference Range: 1.9 - 3.7 g/dL | FINAL |
| Albumin/Globulin Ratio (1759-0) | 1.2 | Reference Range: 1.0 - 2.5 | FINAL |
| ⚠ **Calcium** (17861-6) | **8.0 L** | Reference Range: 8.7 - 10.4 mg/dL | FINAL |
| Alkaline Phosphatase (6768-6) | 68 | Reference Range: 40 - 140 IU/L | FINAL |
| Alanine Aminotransferase (1742-6) | 16 | Reference Range: 5 - 60 IU/L | FINAL |
| Aspartate Aminotransferase (1920-8) | 20 | Reference Range: 10 - 50 IU/L | FINAL |
| Bilirubin, Total (1975-2) | 0.3 | Reference Range: 0.2 - 1.3 mg/dL | FINAL |

## Phosphorus (Inorganic)   FINAL                                                                                     Lab: PAZ

| Analyte | Value | | |
|---|---|---|---|
| Phosphorus (Inorganic) (2777-1) | 2.6 | Reference Range: 2.4 - 4.8 mg/dL | FINAL |

## TSH, High Sensitivity   FINAL                                                                                       Lab: PAZ

| Analyte | Value | | |
|---|---|---|---|
| TSH, High Sensitivity (3016-3) | 1.78 | Reference Range: 0.45 - 4.50 mU/L | FINAL |

**Performing Sites**
PAZ Sonora Quest Laboratories, 1255 W Washington St, Tempe, AZ 85281

**Key**

⊕ Priority Out of Range   ⚠ Out of Range   (PEND) Pending Result   (PRE) Preliminary Result   (FINAL) Final Result   (RE) Reissued Result

Quest, Quest Diagnostics, the associated logo, Nichols Institute, Interactive Insights and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. All third party marks - '®' and '™' - are the property of their respective owners. Privacy policy can be found at: http://questdiagnostics.com/home/privacy-policy/online-privacy.html. © 2020 Quest Diagnostics Incorporated. All rights reserved.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FERNANDEZ, JUAN ALBERTO | | | Reg #: | 66884-112 |
| Date of Birth: | /1983 | Sex: M | Race: WHITE | Facility: | PHX |
| Encounter Date: | 06/28/2020 11:26 | Provider: Weissinger, Wayne NP | | Unit: | P02 |

Review Note - Follow up encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Weissinger, Wayne NP

Chief Complaint:  NEPHROLOGY

Subjective:  Received labs on inmate. He is known progressive CKD.
-CKD IV. Unfortunatly his GFR is <15. Creat 6.1. He is now in the ESRD range. Fortunately, he continues to be free of uremic s/s.
No acute indications for HD at this time.
Continue to avoid potential nephrotoxic exposure.
Renal dose meds as appropriate for CKD IV.
Needs to be transferred ASAP to a medical center or institution capable of providing HD.
Will need to follow closely for s/s of uremia or other indications to start HD.

-Metabolic Bone Disease/hyperparathyroidism of CKD: Phos and Ca are reasonable and iPTH in Mar 2020 269. Currently on Vit D analog.

-Metabolic Acidosis: stable on oral NaBicarb.

-Electrolyte Abnormalities: HyperK well controlled since being off ACEi and 3x/week Kayexalate dosing. Other lyte stable.

-Not anemic at this point.

-Elevated WBC: Likely related to recent R lower ext cellulitis. Recently dosed with IM Rocephin and currently on Doxy. The erythema and pain has resolved.

-Proteinuria: Had to be taken off ACEi/ARB due to persistant hyperkalemia. P/C ration 11.2 on Mar 2020 labs. Serum albumin is reflecting his protein spilling and likely contributing to his edema (nephrotic)

-DM II with poor control.

-TSH recheck is WNL.

-Needs referral to Vasc Surg for AVF consideration/placement. Unfortunately, this will likely not happen given current COVID related issues with surg and sub-spec referrals.

Pain:  No

**OBJECTIVE:**

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/28/2020 | 11:53 PHX | 14 | Weissinger, Wayne NP |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FERNANDEZ, JUAN ALBERTO | | | Reg #: | 66884-112 |
| Date of Birth: | ▓▓▓/1983 | Sex: M | Race: WHITE | Facility: | PHX |
| Encounter Date: | 06/28/2020 11:26 | Provider: Weissinger, Wayne NP | | Unit: | P02 |

**Exam:**
  **Pulmonary**
    **Auscultation**
      Yes: Clear to Auscultation
  **Cardiovascular**
    **Auscultation**
      Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
  **Peripheral Vascular**
    **General**
      Yes: Pitting Edema

**ASSESSMENT:**

Diabetes, type II with renal manifestations, 250.40 - Current

Hypertension, Benign Essential, 401.1 - Current

Morbid obesity, 278.01 - Current

Cellulitis, unspecified, L0390 - Resolved

Chronic kidney disease, stage 4 (severe), N184 - Current

Hyperkalemia, E875 - Current

Secondary hyperparathyroidism, not elsewhere classified, E211 - Current

**PLAN:**

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | hydrALAZINE Tablet | 06/28/2020 11:26 |
| | **Prescriber Order:** 100mg Orally - three times a day x 180 day(s) | |
| | Indication: Hypertension, Benign Essential | |

**Discontinued Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| 187326-PHX | hydrALAZINE  50 MG Tab | 06/28/2020 11:26 |
| | **Prescriber Order:** *Take one tablet (50 MG) by mouth three times daily* | |
| | Discontinue Type: *When Pharmacy Processes* | |
| | Discontinue Reason: *new order written* | |
| | Indication: | |

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Lab Tests-H-Hemoglobin A1C | One Time | 07/02/2020 00:00 | Routine |
| Lab Tests-C-CBC | | | |
| Lab Tests-C-Comprehensive Metabolic Profile (CMP) | | | |
| Lab Tests-P-Parathyroid Hormone Intact (PTH) | | | |
| Labs requested to be reviewed by: | Ford, Isaiah MD/CD | | |

**Disposition:**
  Follow-up at Sick Call as Needed
  Follow-up at Chronic Care Clinic as Needed