# Exhibit C

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FERNANDEZ, JUAN ALBERTO | | | Reg #: | 66884-112 |
| Date of Birth: | ▓▓/1983 | Sex: M | Race: WHITE | Facility: | PHX |
| Note Date: | 04/21/2020 14:18 | Provider: | Ford, Isaiah MD | Unit: | P03 |

Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE  1**     **Provider:** Ford, Isaiah MD

     ==Due to COVID pandemic, there has been a delay in transer. Will refer to general surgery for temporary and permanent HD access.==

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| General Surgery | 07/21/2020 | 07/21/2020 | Urgent | No | |

   **Subtype:**
      Gen Surg Procedure, NOS
   **Reason for Request:**
      Evaluation for AV fistula procedure ASAP
   **Provisional Diagnosis:**
      Kidney failure  stage 4
      please send all labs prior to appt.
      Schedule after Nephrology visit.

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Nephrology | 05/19/2020 | 05/19/2020 | Urgent | No | |

   **Subtype:**
      CKD Stage 3-4 Consult
   **Reason for Request:**
      Evaluation and treatment for kidney failure stage 4.
   **Provisional Diagnosis:**
      stage 4 kidney failure
      Please send all labs to office prior to visit.

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Ford, Isaiah MD on 04/21/2020 14:31

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FERNANDEZ, JUAN ALBERTO | | | Reg #: | 66884-112 |
| Date of Birth: | ▮▮/1983 | Sex: M | Race: WHITE | Facility: | PHX |
| Note Date: | 03/11/2020 09:54 | Provider: | Weissinger, Wayne NP | Unit: | P03 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**     **Provider:** Weissinger, Wayne NP

Received labs on inmate.  He is known progressive CKD.
-CKD IV.  Unfortunatly his GFR is <20.  Creat 4.4.
-iPTH is increased over previous.  Phos and Ca are reasonable.  Will increase Vit D analog.
-Proteinuria is worsening (likely from being off ACEi/ARB.  Unfortunately, he was taken off ACEi/ARB due to hyperkalemia.  P/C ration 11.2 on recent labs.  Serum albumin is reflecting his protein spilling and likely contributing to his edema (nephrotic)
-DM II with poor control/compliance.
- TSH slightly elevated.  Will recheck and consider supplement.
- Acidosis.  Will start NaBicarb.
-Not anemic at this point.
-Needs referral to Vasc Surg for AVF consideration/placement.

==Need to be sent to a facility equipped for HD.==

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Calcitriol Cap | | 03/11/2020 09:54 |
| | **Prescriber Order:** | 1mcg Orally  -  daily x 180 day(s) | |
| | **Indication:** Secondary hyperparathyroidism, not elsewhere classified | | |
| | Sodium Bicarbonate Tablet | | 03/11/2020 09:54 |
| | **Prescriber Order:** | 1300mg Orally  -  Two Times a Day x 180 day(s) | |
| | **Indication:** Chronic kidney disease, unspecified | | |

**Renew Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 184308-PHX | Labetalol HCL 100 MG Tab | | 03/11/2020 09:54 |
| | **Prescriber Order:** | Take one tablet (100 MG) by mouth twice daily x 180 day(s) | |
| | **Indication:** Hypertension, Benign Essential | | |
| 183605-PHX | Sodium Polystyrene Sulfonate  Susp 15 GM/60ML | | 03/11/2020 09:54 |
| | **Prescriber Order:** | drink the contents of 1 bottle (60ml) by mouth three times weekly x 180 day(s) Pill Line Only | |
| | **Indication:** Hyperkalemia | | |

**Discontinued Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 187325-PHX | Calcitriol 0.25 MCG Cap | | 03/11/2020 09:54 |
| | **Prescriber Order:** | Take one capsule (0.25 MCG) by mouth each day | |
| | **Discontinue Type:** | When Pharmacy Processes | |
| | **Discontinue Reason:** new order written | |
| | **Indication:** | | |

| Inmate Name: | FERNANDEZ, JUAN ALBERTO | | | Reg #: | 66884-112 |
|---|---|---|---|---|---|
| Date of Birth: | /1983 | Sex: M | Race: WHITE | Facility: | PHX |
| Note Date: | 03/11/2020 09:54 | Provider: | Weissinger, Wayne NP | Unit: | P03 |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-T-TSH | One Time | 03/30/2020 00:00 | Routine |
| Lab Tests-C-Comprehensive Metabolic Profile (CMP) | | | |

    **Labs requested to be reviewed by:**    Ford, Isaiah MD

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Vascular Surgery | 03/30/2020 | 03/30/2020 | Routine | No | |

    **Subtype:**

        Vascular Evaluation

    **Reason for Request:**

        Vascular Surg - Assessment and consideration for Dialysis Access (AVF).
        dx - progressive CKD IV with GFR <20.

**Copay Required:** No    **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Weissinger, Wayne NP on 03/11/2020 10:17
Requested to be cosigned by Ford, Isaiah MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #: 66884-112  Inmate Name: FERNANDEZ, JUAN ALBERTO

**Housing Status**

__ confined to the living quarters except __ meals __ pill line __ treatments  Exp. Date: _____

__ on complete bed rest: __ bathroom privileges only  Exp. Date: _____

**X** cell: __ cell on first floor __ single cell **X** lower bunk __ airborne infection isolation  Exp. Date: 02/25/2021

**X** other: Please allow inmate to wear soft/personal shoes  Exp. Date: 02/24/2021

**Physical Limitation/Restriction**

__ all sports  Exp. Date: _____

__ weightlifting: __ upper body __ lower body  Exp. Date: _____

__ cardiovascular exercise: __ running __ jogging __ walking __ softball  Exp. Date: _____
__ football __ basketball __ handball __ stationary equipment

__ other: _____  Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Compression garment - leg | 07/26/2018 | | |
| Eye Glasses | 02/09/2017 | | |
| Compression garment - leg | 10/19/2016 | 07/26/2018 | |
| Brace - knee | 10/08/2015 | | |

**Work Restriction / Limitation:**

Cleared for Food Service: **Yes**

**X** No Restrictions

**Comments:** Dental prosthetic medical hold removed per request AHSA C. Dao. Inmate requires dialysis and thus immediate transfer. Will notify regional CDO.

_____ Medrano, B. DMD _____  **04/08/2020**
Health Services Staff  Date

Inmate Name: **FERNANDEZ, JUAN ALBERTO**  Reg #: **66884-112**  Quarters: **P02**

***ALL EXPIRATION DATES ARE AT 24:00***