# Exhibit D

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FERNANDEZ, JUAN ALBERTO | | | Reg #: | 66884-112 |
| Date of Birth: | ████ 1983 | Sex: M | Race: WHITE | Facility: | PHX |
| Note Date: | 04/30/2020 10:55 | Provider: | Scott, K. NP-C | Unit: | P03 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**         **Provider:**  Scott, K. NP-C
   Unable to see inmate at this time due to institutional issues related to COVID pandemic.
   Records reviewed. Will refill meds as appropriate and ensure f/u scheduled.

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 181101-PHX | amLODIPine 10 MG TAB | 04/30/2020 10:55 |
| | **Prescriber Order:** Take one tablet (10 MG) by mouth each day x 365 day(s) | |
| | **Indication:** Diabetes, type II with renal manifestations, Hypertension, Benign Essential, Chronic kidney disease, unspecified | |
| 181102-PHX | Aspirin 81 MG EC Tab | 04/30/2020 10:55 |
| | **Prescriber Order:** Take one tablet by mouth each day x 365 day(s) | |
| | **Indication:** Diabetes mellitus, type II (adult-onset), Diabetes, type II with renal manifestations | |
| 181103-PHX | Atorvastatin 20 MG TAB | 04/30/2020 10:55 |
| | **Prescriber Order:** Take one tablet (20 MG) by mouth each morning x 365 day(s) | |
| | **Indication:** Hyperlipidemia, unspecified | |

**Copay Required:** No                **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Scott, K. NP-C on 04/30/2020 10:58

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | FERNANDEZ, JUAN ALBERTO | | | Reg #: | 66884-112 |
| Date of Birth: | 1983 | Sex: M | Race: WHITE | Facility: | PHX |
| Encounter Date: | 06/28/2020 11:26 | Provider: Weissinger, Wayne NP | | Unit: | P02 |

Review Note - Follow up encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Weissinger, Wayne NP

Chief Complaint:   NEPHROLOGY

Subjective:   Received labs on inmate. He is known progressive CKD.
-CKD IV. Unfortunatly his GFR is <15. Creat 6.1. He is now in the ESRD range. Fortunately, he continues to be free of uremic s/s.
No acute indications for HD at this time.
Continue to avoid potential nephrotoxic exposure.
Renal dose meds as appropriate for CKD IV.
Needs to be transferred ASAP to a medical center or institution capable of providing HD.
Will need to follow closely for s/s of uremia or other indications to start HD.

-Metabolic Bone Disease/hyperparathyroidism of CKD: Phos and Ca are reasonable and iPTH in Mar 2020 269. Currently on Vit D analog.

-Metabolic Acidosis: stable on oral NaBicarb.

-Electrolyte Abnormalities: HyperK well controlled since being off ACEi and 3x/week Kayexalate dosing. Other lyte stable.

-Not anemic at this point.

-Elevated WBC: Likely related to recent R lower ext cellulitis. Recently dosed with IM Rocephin and currently on Doxy. The erythema and pain has resolved.

-Proteinuria: Had to be taken off ACEi/ARB due to persistant hyperkalemia. P/C ration 11.2 on Mar 2020 labs. Serum albumin is reflecting his protein spilling and likely contributing to his edema (nephrotic)

-DM II with poor control.

-TSH recheck is WNL.

-Needs referral to Vasc Surg for AVF consideration/placement. Unfortunately, this will likely not happen given current COVID related issues with surg and sub-spec referrals.

Pain:   No

**OBJECTIVE:**

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/28/2020 | 11:53 PHX | 14 | Weissinger, Wayne NP |

**Exam:**

**General**

**Affect**
Yes: Pleasant, Cooperative

**Appearance**
Yes: Appears Well, Alert and Oriented x 3

Generated 06/28/2020 12:00 by Weissinger, Wayne NP   Bureau of Prisons - PHX   Page 1 of 3
Exhibit D, p. 2 of 2
BOP-Fernandez000007