# Exhibit E



# FERNANDEZ,JUAN ⚠

| | | | |
|---|---|---|---|
| DOB  ███ 983 | Age 36Y | Specimen 79172-A01853 | Collected 08/04/2020 10 00 |
| Sex M | Fasting | Requisition A01853 | Received 08/04/2020 17 13 |
| Phone | | Lab Reference D A01853 | Reported 08/04/2020 21 05 |
| Patient D 66884-112 | | Report Status F NAL / SEE REPORT | |

Client # 79172
GREEN,M
FC Phoenix Health Services
Attn Jennifer Reed Phx Busines
37900 N 45th Ave
Phoenix, AZ 85086
Phone (623) 465-9757
Fax (623) 465-5116

Fas ng: Unknown

### ⚠ CBC w/ Differential, w/ Platelet   (FINAL)   Lab: PAZ

| Analyte | Value | | |
|---|---|---|---|
| WBC (6690 2) | 9 0 | Reference Range 4 0  11 0 k/mm3 | FINAL |
| RBC (789 8) | 4 54 | Reference Range 4 30  6 00 m/mm3 | FINAL |
| ⚠ **Hemoglobin** (718 7) | **12.7 L** | Reference Range 13 0  18 0 g/dL | FINAL |
| ⚠ **Hematocrit** (4544 3) | **38.7 L** | Reference Range 40 0  53 0 % | FINAL |
| MCV (787 2) | 85 2 | Reference Range 78 0  100 0 fL | FINAL |
| MCH (785 6) | 28 0 | Reference Range 27 0  34 0 pg | FINAL |
| MCHC (786 4) | 32 8 | Reference Range 31 0  37 0 g/dL | FINAL |
| P a e e Coun (777 3) | 267 | Reference Range 130  450 k/mm3 | FINAL |
| RDW(sd) (21000 5) | 44 0 | Reference Range 38 0  49 0 fL | FINAL |
| RDW(cv) (788 0) | 14 1 | Reference Range 11 0  15 0 % | FINAL |
| MPV (776 5) | 11 0 | Reference Range 7 5  14 0 fL | FINAL |
| Segmen ed Neu roph s (770 8)  Automated Diff | 54 3 | % | FINAL |
| Lymphocy es (736 9) | 31 7 | % | FINAL |
| Monocy es (5905 5) | 10 1 | % | FINAL |
| Eos noph s (713 8) | 3 1 | % | FINAL |
| Basoph s (706 2) | 0 4 | % | FINAL |
| Abso u e Neu roph (751 8) | 4 90 | Reference Range 1 60  9 30 k/uL | FINAL |
| Abso u e Lymphocy e (731 0) | 2 87 | Reference Range 0 60  5 50 k/uL | FINAL |
| Abso u e Monocy e (742 7) | 0 91 | Reference Range 0 10  1 60 k/uL | FINAL |
| Abso u e Eos noph (711 2) | 0 28 | Reference Range 0 00  0 70 k/uL | FINAL |
| Abso u e Basoph (704 7) | 0 04 | Reference Range 0 00  0 20 k/uL | FINAL |
| mma ure Granu ocy es (71695 1) | 0 4 | % | FINAL |
| Abso u e mma ure Granu ocy es (53115 2) | 0 04 | Reference Range 0 00  0 10 k/uL | FINAL |
| NRBC RE Nuc ea ed Red B ood Ce Percen (772 4) | 0 0 | Reference Range 0 0  1 0 % | FINAL |

### ⚠ Comprehensive Metabolic Panel   (FINAL)   Lab: PAZ

| Analyte | Value | | |
|---|---|---|---|
| G ucose (2345 7)  Glucose reference range reflects fasting state. | 84 | Reference Range 65  99 mg/dL | FINAL |

FERNANDEZ,JUAN (79172 A01853)                    1 / 3                    8/5/20

**Exhibit E, p. 1 of 6**

BOP-Fernandez000125

| | | | |
|---|---|---|---|
| ⚠ **Urea Nitrogen (BUN)** (3094 0) | **42 H** | Reference Range  8   25 mg/dL | FINAL |
| ⚠ **Creatinine** (2160 0) | **6.10 H** | Reference Range  0 60   1 50 mg/dL | FINAL |
| ⚠ **GFR Estimated (Non-African American)** (88294 4) | **11 L** | Reference Range  > 60 mL/min/1 73m2 | FINAL |
| ⚠ **GFR Estimated (African American)** (88293 6) | **12 L** | Reference Range  > 60 mL/min/1 73m2 | FINAL |
| ⚠ **BUN/Creatinine Ratio** (3097 3) | **6.9 L** | Reference Range  10 0   28 0 | FINAL |
| Sod um (2951 2) | 142 | Reference Range  134   147 mmol/L | FINAL |
| Po ass um (2823 3) | 4 3 | Reference Range  3 6   5 3 mmol/L | FINAL |
| Ch or de (2075 0) | 104 | Reference Range  95   108 mmol/L | FINAL |
| Carbon D ox de (CO2) (2028 9) | 25 | Reference Range  19   31 mmol/L | FINAL |
| An on Gap (10466 1) | 14 | Reference Range  4   18 | FINAL |
| Pro e n  To a  (2885 2) | 6 7 | Reference Range  6 0   8 0 g/dL | FINAL |
| A bum n (1751 7) | 3 7 | Reference Range  3 6   5 1 g/dL | FINAL |
| G obu n (2336 6) | 3 0 | Reference Range  1 9   3 7 g/dL | FINAL |
| A bum n/G obu n Ra o (1759 0) | 1 2 | Reference Range  1 0   2 5 | FINAL |
| Ca c um (17861 6) | 9 2 | Reference Range  8 7   10 4 mg/dL | FINAL |
| A ka ne Phospha ase (6768 6) | 79 | Reference Range  40   140 U/L | FINAL |
| A an ne Am no ransferase (1742 6) | 15 | Reference Range  5   60 U/L | FINAL |
| Aspar a e Am no ransferase (1920 8) | 19 | Reference Range  10   50 U/L | FINAL |
| B rub n To a (1975 2) | 0 2 | Reference Range  0 2   1 3 mg/dL | FINAL |

## ⚠ Hemoglobin A1c With eAG   (FINAL)                                                                                          Lab: PAZ

| Analyte | Value | | |
|---|---|---|---|
| ⚠ **Hemoglobin A1c** (4548 4) | **8.8 H** | Reference Range  < 5 6 % | FINAL |



```
The American Diabetes Association (ADA) guidelines for interpreting
Hemoglobin A1c are as follows:
Non Diabetic patient:                             <=5.6%
Increased risk for future Diabetes:               5.7 6.4%
ADA diagnostic criteria for Diabetes:             >=6.5%

Values for patients with Diabetes:
Meets ADA's recommended goal for therapy:         <7.0%
Exceeds ADA's recommended goal:                   7.0 8.0%
ADA recommends reevaluation of therapy:           >8.0%
```

| | | | |
|---|---|---|---|
| Es ma ed Average G ucose (eAG) (27353 2) | 206 | Reference Range  Not Established | FINAL |

```
If the presence of a hemoglobin variant is suspected, do not use %
HbA1c results for diagnosis of diabetes mellitus.

In uncontrolled diabetics, high levels of Hemoglobin   (Hb  ) may be
present.  Presence of Hb   greater than 7% of total may result in lower
than expected % HbA1c.

Any cause that shortens erythrocyte survival or decreases mean
erythrocyte age may reduce expected % HbA1c values even in the presence
of elevated average blood glucose.  Causes may include hemolytic
disease, homozygous sickle cell trait, pregnancy, and recent
significant/chronic blood loss.  In addition, recent blood transfusions
can alter expected % HbA1c values.
```

**Performing Sites**
PAZ Sonora Ques  Labora or es  424 S  56 h S   Phoen x  AZ 85034

**Key**

| ⊕ Pr or y Ou  of Range | ⚠ Ou  of Range | (PEND) Pend ng Resu | (PRE) Pre m nary Resu | (FINAL) F na  Resu | (RE) Re ssued Resu |

**Exhibit E, p. 2 of 6**

BOP-Fernandez000126

Ques  Ques  Diagnos ics  he associa ed logo  Nichols  ns i u e  n erac ive  nsigh s and all associa ed Ques  Diagnos ics marks are  he regis ered  rademarks o  Ques  Diagnos ics  All  hird par y marks - '®' and '™' - are  he proper y o  heir respec ive owners  Privacy policy can be  ound a   h p //ques diagnos ics com/home/privacy-policy/online-privacy h ml  © 2020 Ques  Diagnos ics  ncorpora ed  All righ s reserved

FERNANDEZ,JUAN (79172 A01853)　　　　　　　　　3 / 3　　　　　　　　　8/5/20

**Exhibit E, p. 3 of 6**

BOP-Fernandez000127

**Associated Retina Consultants, LTD - PHX**
1750 E GLENDALE AVENUE   PHOENIX, AZ 85020-4305
(602) 242-4928  Fax: (602) 249-4813

*March 12, 2020*
Page 2
Office Visit

**Juan Fernandez**
Male  DOB: ▇▇▇ 1983                    136713                    Ins: NAPHCARE

**Smokeless Tobacco Usage:** Never

**Drug Use:** no

**HIV High Risk Behavior:** no

**Alcohol Use:** no

**Exercise:** no

**Caffeine use (drinks/day):** 2
**Seatbelt Use:** 100 %
**Sun Exposure:** rarely

Review of Systems
Reviewed by BB - 03/11/2020
**Eyes:** The patient complains of blurring and irritation. The patient denies diplopia, discharge, vision loss, eye pain, photophobia, floaters, flashes, distortion, and blind spots.
**Allergic/Immunologic:** The patient denies urticaria (rash), hay fever, persistent infections, and HIV exposure.
**Endocrine:** The patient denies intolerance of heat, intolerance of cold, diaphoresis (excessive sweating), exophthalmos (bulging eye), goiter (swelling of thyroid), and polyphagia (excessive hunger). NIDDM
**Cardiovascular:** The patient denies chest pains, palpitations (abnormal heartbeat), syncope (fainting), dyspnea on exertion (shortness of breath), orthopnea (difficulty breathing while lying down), PND (attacks of severe shortness of breath/coughing during sleep), and peripheral edema (swelling in legs/feet/hands).
**Respiratory:** The patient denies cough, dyspnea (shortness of breath), excessive sputum (mucus), hemoptysis (bloody mucus), wheezing, and sleep apnea.
**General:** The patient denies fevers, chills, sweats, anorexia, fatigue, malaise (vague discomfort), and weight loss.
**Gastrointestinal:** The patient denies nausea, vomiting, diarrhea, constipation, change in bowel habits, abdominal pain, melena (black stool), hematochezia (bloody stool), and jaundice (yellowish pigmentation of skin/eyes/mucus membranes).
**Musculoskeletal:** The patient denies back pain, joint pain, joint swelling, muscle cramps, muscle weakness, stiffness, and arthritis.
**Skin:** The patient denies rash, itching, dryness, and suspicious lesions.
**Neurologic:** The patient denies transient paralysis (sudden but not necessarily permanent paralysis), weakness, parestheslas (pins and needles), seizures, syncope (fainting), tremors (trembling/shaking), and vertigo (spinning movement feeling).
**Ears/Nose/Throat:** The patient denies earache, ear discharge, tinnitus (ringing in the ears), decreased hearing, nasal congestion, nosebleeds, sore throat, hoarseness, dysphagia (difficulty swallowing), and dentures.
**Genitourinary:** The patient denies dysuria (painful urination), hematuria (bloody urine), discharge, urinary frequency, urinary hesitancy, nocturia (waking at night to urinate), incontinence (involuntary leakage of urine), and genital sores.
**Psychiatric:** The patient denies depression, anxiety, memory loss, mental disturbance, suicidal ideas, hallucinations, and paranoia.
**Heme/Lymphatic:** The patient denies abnormal bruising, bleeding, enlarged lymph nodes, clotting disorders, and abnormal skin pallor.

<u>Vision</u>          OD                                OS

Exhibit E, p. 4 of 6

BOP-Fernandez000158

**Associated Retina Consultants, LTD - PHX**
1750 E GLENDALE AVENUE   PHOENIX, AZ 85020-4305
(602) 242-4928  Fax: (602) 249-4813

March 12, 2020
Page 3
Office Visit

**Juan Fernandez**
Male DOB: ▇▇/1983              136713              Ins: NAPHCARE

```
Without Correction: 20/400 PH 20/80-2         20/150 PH 20/70-2
```

Snellen Chart: Standard
Alert and Oriented: x3 (person & place & time)

| Exam | OD | OS |
|---|---|---|
| Visual Fields: | Full | Full |
| Amsler Grid: | Normal | Normal |
| Pupils: | Equal and Reactive | Equal and Reactive |
| Pupil Size: | 4mm | 4mm |
| Motility: | WNL | WNL |
| Pressure: | 21 mmHg Applanation 2:23pm | 25 mmHg Applanation 2:23pm |
| Dilation: | Neo 2.5% and Mydriacyl 1% 2:20 PM by AS | Neo 2.5% and Mydriacyl 1% 2:20 PM by AS |

Dilation risks, benefits, alternatives discussed. Pt warned of blurred vision, recommendation for sunglasses, and offered assistance with ambulating inside office or to car.

### Slit Lamp
O.D. There is mild dermatochalasis. The conjunctiva is noninjected. The cornea is clear. The anterior chamber is deep and quiet. The iris is normal. Trace nuclear sclerosis is noted.
O.S. There is mild dermatochalasis. The conjunctiva is noninjected. The cornea is clear. The anterior chamber is deep and quiet. The iris is normal. Trace nuclear sclerosis is noted.

### Fundus
O.D. The vitreous is syneretic. There are no vitreous cells. The cup-to-disc ratio is 0.1. The optic disc has few pre-retinal hemorrhages nasally. Diabetic retinopathy is noted. Macular examination demonstrates microaneurysms and intraretinal hemorrhage. There is clinical retinal thickening. Peripheral examination shows scattered intraretinal hemorrhage. No retinal tears or retinal detachment are seen. There is a large superonasal NVE. There is PRP
O.S. The vitreous is syneretic. There are no vitreous cells. The cup-to-disc ratio is 0.2. The optic disc is unremarkable. Diabetic retinopathy is noted. Macular examination demonstrates microaneurysms and intraretinal hemorrhage. There is clinical retinal thickening. Peripheral examination shows scattered intraretinal hemorrhage. No retinal tears or retinal detachment are seen. There is PRP.
Special Testing Ordered

### OCT, Retina
Tech: AS  Camera: Cirrus HD
O.D. Preserved foveal contour, no edema. Mild superior ERM. The central retinal thickness measures 311 mu.
O.S. Preserved foveal contour, no edema. Mild superior ERM. The central retinal thickness measures 308 mu.

### Procedure Note

- **Name:** PRP (panretinal photocoagulation)
- **Quantity:** 1
- **Treated Eye:** OD (Right)

Exhibit E, p. 5 of 6

**Associated Retina Consultants, LTD - PHX**
1750 E GLENDALE AVENUE   PHOENIX, AZ 85020-4305
(602) 242-4928  Fax: (602) 249-4813

March 12, 2020
Page 4
Office Visit

**Juan Fernandez**
Male DOB: ▇▇▇/1983                    136713                    Ins: NAPHCARE

- **Anesthesia:** Topical Tetracaine 0.5%
- **Diagnosis:** Diabetes, type 2, with proliferative diabetic retinopathy without macular edema, bilateral (ICD10-E11.3593)
- **Applications (#):** 464
- **Power (mW):** 160
- **Duration:** 100
- **Procedure Notes:** PROCEDURE AND FINDINGS: The indications, risks, benefits, adverse effects, alternatives to treatment, and possible complications of treatment are discussed with the patient, stressing that the primary benefit of this treatment is in treating the proliferative retinopathy. The possibility that the vision may still decrease with or without laser treatment as well as the possibility that laser may cause a decrease in vision was explained to the patient. Informed consent was obtained.

  DETAILS OF PROCEDURE: The patient was brought into the Laser Room, and topical anesthesia was placed on the eye. Argon green only laser was placed in a panretinal photocoagulative pattern. The patient tolerated the procedure well and left the Laser Room in good condition. The patient is instructed to phone the office immediately if there is a decrease in vision or an increase in pain.
- **Provider / Tech Initials:** RI

Impression
Diabetes- type 2- with proliferative diabetic retinopathy without macular edema- bilateral (ICD10-E11.3593)

Recommendation
Juan Fernandez was seen in retinal evaluation for diabetic retinopathy. He has history of panretinal laser in both eyes. He reports history of long-term poor vision for the right eye, likely consistent with amblyopia. He received PRP in the left eye at the last visit and was supposed to return in 2 weeks, but he was lost to follow-up. Fundus exam shows moderate panretinal laser with large area of neovascularization elsewhere superonasally for the right eye and left eye shows multiple small areas of neovascularization in the mid periphery. OCT cross-sectional macular exam shows mild epiretinal membrane with no macular edema. Fluorescein angiography at the last visit showed a prominent area of neovascularization superonasal to the disc for the right eye, and the left eye shows multiple peripheral areas of neovascularization elsewhere.

We discussed treatment options and elected to perform additional panretinal laser to the right eye today. He was recommend to return in 2-3 months for repeat exam with IVFA.

Protocol Reviewed

Electronically signed by Benjamin B.A. Bakall on 03/11/2020 at 3:08 PM

Exhibit E, p. 6 of 6

BOP-Fernandez000160