# Exhibit F

| | | | |
|---|---|---|---|
| Inmate Name: | FERNANDEZ, JUAN ALBERTO | Reg #: | 66884-112 |
| Date of Birth: ▇▇▇/1983 | | Sex: M    Race:  WHITE | Facility: | PHX |
| Encounter Date: 02/03/2020 13:40 | | Provider:  Medrano, B. DMD | Unit: | P03 |

**PROCEDURE:**

**Dental Procedures**

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| Mandibular | Cast RPD - Mandibular | In Process |

Adjusted occlusal rims as necessary. Verified VDO/VDR, phonetics, smile and mid-line. Bite recorded in MI - patient in skeletal class III and is accepting of a compromised occlusion. Shade A2 chosen. Case sent to New York lab for fabrication of esthetic try-in. *Utilized Dental Assistant during procedure
BM DMD 03FEB20

Final impressions made without complication, case sent to New York lab for fabrication of occlusal rims. *Utilized Dental Assistant during procedure
BM DMD 19NOV19

Initial impressions made without complication, case sent to New York lab for fabrication of custom trays. *Utilized Dental Assistant during procedure
BM DMD 02OCT19

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Internal Reconciliation | Rx | 181101-PHX | amLODIPine 10 MG TAB | Take one tablet (10 MG) by mouth each day |
| BOP | Internal Reconciliation | Rx | 182255-PHX | Acetaminophen 325 MG Tab | Take two tablets (650 MG) by mouth every six hours AS NEEDED for pain *Limit Acetaminophen daily dose to no more than 3,000mg or nine 325mg tabs* *lot 19D229 - exp 04/22* |
| BOP | Internal Reconciliation | Rx | 181102-PHX | Aspirin 81 MG EC Tab | Take one tablet by mouth each day |
| BOP | Internal Reconciliation | Rx | 181103-PHX | Atorvastatin 20 MG TAB | Take one tablet (20 MG) by mouth each morning |
| BOP | Internal Reconciliation | Rx | 187331-PHX | cefTRIAXone 1 GM Inj | Inject 1gm Intra-Muscularly each day for 3 days ***pill line*** |
| BOP | Internal Reconciliation | Rx | 187325-PHX | Calcitriol 0.25 MCG Cap | Take one capsule (0.25 MCG) by mouth each day |
| BOP | Internal Reconciliation | Rx | 187328-PHX | Doxycycline Hyclate 100 MG Tablet | Take one tablet (100 MG) by mouth twice daily for 14 days |
| BOP | Internal Reconciliation | Rx | 184307-PHX | Furosemide 40 MG Tab | Take one tablet (40 MG) by mouth twice daily |
| BOP | Internal Reconciliation | Rx | 181105-PHX | Glucose 4 GM Tab | Take one tablet (4 GM) by mouth each day AS NEEDED for symptoms of low blood sugar |
| BOP | Internal Reconciliation | Rx | 187326-PHX | hydrALAZINE  50 MG Tab | Take one tablet (50 MG) by mouth three times daily |

**Exhibit F, p. 1 of 3**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | FERNANDEZ, JUAN ALBERTO | | Reg #: | 66884-112 |
| Date of Birth: | ███/1983 | Sex: M   Race: WHITE | Facility: | PHX |
| Encounter Date: | 09/04/2019 09:53 | Provider:   Medrano, B. DMD | Unit: | P03 |

Inmate is currently partially edentulous, with #s 22-27 only dentition remaining. Requesting approval for complete maxillary denture and cast metal mandibular removable partial denture. Proposed mandibular rpd design: major connector - lingual plate; RPCs #s 22 & 27; cingulum rests #s 22 & 27. Occlusion to be set in class I, no hx of previous dental prostheses.

**Disposition:**

Will Be Placed on Callout

Discharged to Housing Unit-No Restrictions

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/04/2019 | Counseling | Access to Care | Medrano, B. | Verbalizes Understanding |
| 09/04/2019 | Counseling | Diagnosis | Medrano, B. | Verbalizes Understanding |
| 09/04/2019 | Counseling | Prognosis | Medrano, B. | Verbalizes Understanding |
| 09/04/2019 | Counseling | Plan of Care | Medrano, B. | Verbalizes Understanding |
| 09/04/2019 | Counseling | Oral Hygiene Instructions | Medrano, B. | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Medrano, B. DMD on 09/04/2019 09:59

**Exhibit F, p. 2 of 3**

## PHX/InmateToHealthSvcs - 1c296016-a06b-4cef-8ac7-f1c78cc391eb

**From:**  PHX/InmateToHealthSvcs
**To:**  ~^!FERNANDEZ, ~^!JUAN ALBERTO
**Subject:**  1c296016-a06b-4cef-8ac7-f1c78cc391eb

During the Covid-19 regulations, we will not work on denture cases.  Ms. Jaeger

>>> ~^!"FERNANDEZ, ~^!JUAN ALBERTO" <66884112@inmatemessage.com> 6/16/2020 4:08 PM >>>
To: dentel
Inmate Work Assignment: orderly

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
1c296016-a06b-4cef-8ac7-f1c78cc391eb
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


i was in the process of reciveing my dentures I was wondering if the situation of the pandemic is going to affect me getting them. thank you

Exhibit 1 - p. 3 of 3