# Exhibit H

# Bureau of Prisons
# Health Services
# Health Problems

Reg #: 66884-112               Inmate Name: FERNANDEZ, JUAN ALBERTO

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

**Diabetes mellitus, type II (adult-onset)**
| | | | | | | |
|---|---|---|---|---|---|---|
| 03/08/2016 14:41 EST  Giron, Leonardo MD/CD | III | ICD-9 | 250.00 | 09/02/2015 | Current | 09/10/2015 |
|     Not improved, the same | | | | | | |
| 09/02/2015 09:22 EST  Toh, R. MD | III | ICD-9 | 250.00 | 09/02/2015 | Current | 09/02/2015 |

**Diabetes, type II with renal manifestations**
| | | | | | | |
|---|---|---|---|---|---|---|
| 10/29/2015 15:54 EST  Hernandez, Martin MLP | III | ICD-9 | 250.40 | 10/29/2015 | Current | 10/29/2015 |

**Morbid obesity**
| | | | | | | |
|---|---|---|---|---|---|---|
| 03/08/2016 14:41 EST  Giron, Leonardo MD/CD | III | ICD-9 | 278.01 | 09/10/2015 | Current | 09/10/2015 |
|     Not improved, the same | | | | | | |
| 09/10/2015 14:09 EST  Toh, R. MD | III | ICD-9 | 278.01 | 09/10/2015 | Current | 09/10/2015 |
|     BODY MASS INDEX 45 TO 46 | | | | | | |

**Myopia**
| | | | | | | |
|---|---|---|---|---|---|---|
| 12/03/2015 11:23 EST  Wang, L. OD | III | ICD-9 | 367.1 | 12/03/2015 | Current | 12/03/2015 |

**Astigmatism, unspecified**
| | | | | | | |
|---|---|---|---|---|---|---|
| 12/03/2015 11:23 EST  Wang, L. OD | III | ICD-9 | 367.20 | 12/03/2015 | Current | 12/03/2015 |

**Hypertension, Benign Essential**
| | | | | | | |
|---|---|---|---|---|---|---|
| 03/08/2016 14:41 EST  Giron, Leonardo MD/CD | III | ICD-9 | 401.1 | 09/02/2015 | Current | 09/02/2015 |
|     Worsened | | | | | | |
| 09/02/2015 09:22 EST  Toh, R. MD | III | ICD-9 | 401.1 | 09/02/2015 | Current | 09/02/2015 |

**Knee, Pain in joint, lower leg**
| | | | | | | |
|---|---|---|---|---|---|---|
| 03/08/2016 14:41 EST  Giron, Leonardo MD/CD | III | ICD-9 | 719.46 | 10/06/2015 | Current | 03/08/2016 |
|     Not improved, the same | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 719.46 | 10/06/2015 | Resolved | 10/06/2015 |
| 10/06/2015 13:45 EST  Toh, R. MD | III | ICD-9 | 719.46 | 10/06/2015 | Current | 10/06/2015 |

**Secondary hyperparathyroidism, not elsewhere classified**
| | | | | | | |
|---|---|---|---|---|---|---|
| 02/03/2020 11:27 EST  Weissinger, Wayne NP | | ICD-10 | E211 | 02/03/2020 | Current | |
|     2/2 CKD | | | | | | |

**Hyperlipidemia, unspecified**
| | | | | | | |
|---|---|---|---|---|---|---|
| 07/26/2018 12:10 EST  Ricotta, Salvatore MD, CD | | ICD-10 | E785 | 07/26/2018 | Current | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Cannabis Use Disorder, Severe | | | | | | |
| 07/29/2016 15:40 EST  Fields, Annabel J.D.,Psy.D | I | DSM-IV | F12. | 07/29/2016 | Current | |
|     Marijuana | | | | | | |
| Stimulant Related Disorders: Severe: Amphetamine Type Substance | | | | | | |
| 07/29/2016 15:40 EST  Fields, Annabel J.D.,Psy.D | I | DSM-IV | F15. | 07/29/2016 | Current | |
|     Methamphetamine | | | | | | |
| Retinopathy, NOS | | | | | | |
| 03/27/2017 11:36 EST  Wang, L. OD | | ICD-10 | H3500 | 03/27/2017 | Current | |
|     Proliferative diabetic retinopathy OU with CSME OU | | | | | | |
| Retinopathy, NOS | | | | | | |
| 08/15/2016 11:33 EST  Wang, L. OD | | ICD-10 | H3500 | 08/15/2016 | Current | |
|     Referral to retinal specialist | | | | | | |
| Chronic kidney disease, stage 4 (severe) | | | | | | |
| 06/24/2020 14:46 EST  Weissinger, Wayne NP | | ICD-10 | N184 | 06/24/2020 | Current | |
| Encounter for general adult medical exam without abnormal findings | | | | | | |
| 04/17/2017 16:00 EST  McPherson, Bernard APRN | | ICD-10 | Z0000 | 04/17/2017 | Current | |
|     Injury assessment | | | | | | |
| Patient's noncompliance with other medical treatment and regimen | | | | | | |
| 03/22/2016 16:45 EST  Hernandez, Martin MLP | | ICD-10 | Z9119 | 03/22/2016 | Current | |
|     does not take his insulin | | | | | | |

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Dermatophytosis of nail (Tinea unguium) | | | | | | |
| 08/21/2020 10:44 EST  Ford, Isaiah MD/CD | III | ICD-9 | 110.1 | 09/10/2015 | Resolved | 08/21/2020 |
|     6 MONTHS ON GREAT TOENAILS | | | | | | |
| 09/10/2015 14:09 EST  Toh, R. MD | III | ICD-9 | 110.1 | 09/10/2015 | Current | 09/10/2015 |
|     6 MONTHS ON GREAT TOENAILS | | | | | | |
| Other and unspecified hyperlipidemia | | | | | | |
| 03/28/2016 18:32 EST  Rutledge, Franklin MD | III | ICD-9 | 272.4 | 09/02/2015 | Resolved | 03/28/2016 |
| 09/02/2015 09:23 EST  Toh, R. MD | III | ICD-9 | 272.4 | 09/02/2015 | Current | 09/02/2015 |
| Mild nonproliferative diabetic retinopathy | | | | | | |
| 03/27/2017 11:36 EST  Wang, L. OD | III | ICD-9 | 362.04 | 12/03/2015 | Resolved | 03/27/2017 |
|     DM II | | | | | | |
| 12/03/2015 11:29 EST  Wang, L. OD | III | ICD-9 | 362.04 | 12/03/2015 | Current | 12/03/2015 |
|     DM II | | | | | | |

Reg #:  66884-112                    Inmate Name:  FERNANDEZ, JUAN ALBERTO

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Hyperkalemia | | | | | | |
| 08/21/2020 10:44 EST  Ford, Isaiah MD/CD | | ICD-10 | E875 | 04/26/2017 | Resolved | 08/21/2020 |
| 04/26/2017 13:37 EST  Villalon, Salvador MD | | ICD-10 | E875 | 04/26/2017 | Current | |
| Retained dental root | | | | | | |
| 04/17/2019 12:44 EST  Medrano, B. DMD | | ICD-10 | K083 | 04/17/2019 | Resolved | 04/17/2019 |
| Cutaneous abscess, unspecified | | | | | | |
| 10/19/2016 18:08 EST  Hernandez, Martin MLP right inner thigh | | ICD-10 | L0291 | 10/05/2016 | Resolved | 10/19/2016 |
| 10/05/2016 15:53 EST  Hernandez, Martin MLP right inner thigh | | ICD-10 | L0291 | 10/05/2016 | Current | |
| Cellulitis, unspecified | | | | | | |
| 06/28/2020 14:55 EST  Weissinger, Wayne NP right lower leg | | ICD-10 | L0390 | 03/22/2016 | Resolved | 06/28/2020 |
| 06/24/2020 14:46 EST  Weissinger, Wayne NP right lower leg | | ICD-10 | L0390 | 03/22/2016 | Current | 06/24/2020 |
| 03/12/2020 11:00 EST  Scott, K. NP-C right lower leg | | ICD-10 | L0390 | 03/22/2016 | Remission | 03/12/2020 |
| 02/03/2020 11:27 EST  Weissinger, Wayne NP right lower leg | | ICD-10 | L0390 | 03/22/2016 | Current | 02/03/2020 |
| 12/26/2019 13:56 EST  Scott, K. NP-C right lower leg | | ICD-10 | L0390 | 03/22/2016 | Resolved | 12/26/2019 |
| 12/10/2019 11:34 EST  Scott, K. NP-C right lower leg | | ICD-10 | L0390 | 03/22/2016 | Current | 12/10/2019 |
| 08/16/2019 14:33 EST  Scott, K. NP-C right lower leg | | ICD-10 | L0390 | 03/22/2016 | Resolved | 08/16/2019 |
| 08/06/2019 13:40 EST  Scott, K. NP-C right lower leg | | ICD-10 | L0390 | 03/22/2016 | Current | 08/06/2019 |
| 09/26/2018 16:51 EST  Scott, K. NP-C right lower leg | | ICD-10 | L0390 | 03/22/2016 | Resolved | 09/26/2018 |
| 09/17/2018 10:57 EST  Scott, K. NP-C right lower leg | | ICD-10 | L0390 | 03/22/2016 | Current | 09/17/2018 |
| 09/11/2018 10:56 EST  Scott, K. NP-C right lower leg | | ICD-10 | L0390 | 03/22/2016 | Resolved | 09/11/2018 |
| 05/17/2018 14:40 EST  Weissinger, Wayne NP right lower leg | | ICD-10 | L0390 | 03/22/2016 | Current | 05/17/2018 |
| 04/04/2016 14:38 EST  Hernandez, Martin MLP right lower leg | | ICD-10 | L0390 | 03/22/2016 | Resolved | 04/04/2016 |
| 03/22/2016 16:37 EST  Hernandez, Martin MLP | | ICD-10 | L0390 | 03/22/2016 | Current | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| right lower leg | | | | | | |
| **Gout, unspecified** | | | | | | |
| 08/21/2020 10:44 EST  Ford, Isaiah MD/CD | | ICD-10 | M109 | 09/17/2018 | Resolved | 08/21/2020 |
| 09/17/2018 11:02 EST  Scott, K. NP-C | | ICD-10 | M109 | 09/17/2018 | Current | |
| **Chronic kidney disease, unspecified** | | | | | | |
| 08/21/2020 10:44 EST  Ford, Isaiah MD/CD | | ICD-10 | N189 | 03/22/2016 | Resolved | 08/21/2020 |
| 03/22/2016 16:37 EST  Hernandez, Martin MLP | | ICD-10 | N189 | 03/22/2016 | Current | |
| **Edema, unspecified** | | | | | | |
| 06/25/2019 18:08 EST  Ford, Isaiah MD | | ICD-10 | R609 | 04/04/2016 | Resolved | 06/25/2019 |
| right calf | | | | | | |
| 04/04/2016 14:34 EST  Hernandez, Martin MLP | | ICD-10 | R609 | 04/04/2016 | Current | |
| right calf | | | | | | |
| **Quarantine - asymptomatic person in quarantine** | | | | | | |
| 04/15/2020 12:20 EST  Montoya, Dawn RN/IDC/IOP | | ICD-10 | Z0489-q | 04/13/2020 | Resolved | 04/15/2020 |
| 04/13/2020 17:21 EST  Montoya, Dawn RN/IDC/IOP | | ICD-10 | Z0489-q | 04/13/2020 | Current | |

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| ~~Diabetes mellitus, type II, uncontrolled~~ | | | | | | |
| ~~03/08/2016 14:41 EST  Giron, Leonardo MD/CD~~  --Delete, Duplicate | ~~III~~ | ~~ICD-9~~ | ~~250.02~~ | ~~10/29/2015~~ | ~~Current~~ | ~~10/29/2015~~ |
| 10/29/2015 15:54 EST  Hernandez, Martin MLP | III | ICD-9 | 250.02 | 10/29/2015 | Current | 10/29/2015 |

**Total:** 28